PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0862 5:22CR04049-002

DOCKET NUMBER *(Rec. Court)*
2:25-cr-00016-CDS-DJA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lenora Jean Jennings | Northern District of Iowa | Western |
| | NAME OF SENTENCING JUDGE | |
| | Leonard T. Strand | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 8/3/2023 — TO 8/2/2026 |

**OFFENSE**
Distribution and Aiding and Abetting the Distribution of Actual (Pure) Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The supervising district would like to address some noncompliance issues.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN** DISTRICT OF **IOWA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/16/25
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF **NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 24, 2025
*Effective Date*

Cristina D. Silva, *United States District Judge*

1